# United States Bankruptcy Court
## District of Utah

| | | |
|---|---|---|
| In re **Jennie R Birch** | Case No. | **17-24102** |
| Debtor(s) | Chapter | **13** |

## Notice of Change of Address

Debtor's Social Security Number:        xxx-xx-8275

**My (Our) Former Mailing Address and Telephone Number was:**

Name:            **Jennie R Birch**

Street:           **998 East Well Spring Road, Ap. 20R**

City, State and Zip:    **Midvale, UT 84047**

Telephone #:

**Please be advised that effective <u>08/22/2018.</u>
my (our) new mailing address and telephone number is:**

Name:            **Jennie R Birch**

Street:           **7391 S Shelby View Dr**

City, State and Zip:    **Midvale, UT 84047**

Telephone #:

/s/ Jennie R Birch
**Jennie R Birch**
Debtor